UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

CHRISTOPHER C. LASKEY
KRISTEN M. LASKEY            Chapter 7
           Case No. 08-55731-PJS
        Debtor.            Hon: Phillip J. Shefferly
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

The attached check in the amount of $10.56, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 4 | ECast Settlement Corporation<br>Assignee of HSBC Bank<br>Nevada and its Assigns<br>POB 35480<br>Newark, NJ 07193-5480 | $3.92 |
| 5 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas, TX 75374 | $3.75 |
| 7 | Consumers Energy Company<br>Attn: Michael G. Wilson<br>One Energy Plaza – EP11-451<br>Jackson, MI 49201 | $2.89 |
|  | **TOTAL:** | **$10.56** |

Dated: 9/14/10            /s/ Stuart A. Gold
Stuart A. Gold, Trustee
24901 Northwestern Hwy., Ste 444
Southfield, MI 48075-2223
(248) 350-8220
stuart.gold@7trustee.net